2025R00547

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen, U.S.M.J. |
| | : | |
| v. | : | Magistrate No. 25-8302 |
| | : | |
| EDWIN ISAACSON IV | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Nicole Laskowski, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached pages and made a part hereof.

*Nicole Laskowski*
_____
Special Agent Nicole Laskowski
Department of Homeland Security
Homeland Security Investigations

Special Agent Laskowski attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), on October 21, 2025.

/S/   Jessica S. Allen // nl
_____
Honorable Jessica S. Allen
United States Magistrate Judge

## ATTACHMENT A

### Count One

(Possession of Child Pornography)

On or about April 23, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**EDWIN ISAACSON IV**,

did knowingly possess and access with intent to view material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), depicting prepubescent minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## Count Two

(Transportation of Child Pornography)

On or about April 23, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**EDWIN ISAACSON IV**,

knowingly transported any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

**ATTACHMENT B**

I, Nicole Laskowski, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations.  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence.  Where statements of others are related herein, they are related in substance and in part.  Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.    At all times relevant to this Complaint, defendant Edwin Isaacson IV ("ISAACSON") was a resident of Matamoras, Pennsylvania.

2.    On or about April 23, 2025, ISAACSON arrived at Newark Liberty International Airport aboard an inbound flight from Santiago, Dominican Republic.  ISAACSON was in possession of an Android Samsung Galaxy S24 Ultra ("ISAACSON's Phone"), which law enforcement seized from ISAACSON and later searched.

3.    Law enforcement reviewed ISAACSON's Phone and confirmed it contained at least 28 videos of prepubescent minors engaged in sexual conduct, including the following files:

| File Name | Description |
|---|---|
| [Video-1] | This 1:19 video depicts a prepubescent female participating in oral sex with an adult male while another adult male is penetrating her with his penis from behind.  The video later depicts a close-up of an adult male inserting his penis in a prepubescent female's vagina, and later shows two adult males attempting to insert their penises into a prepubescent female's vagina and anus. |
| [Video-2] | This 1:13 video depicts a prepubescent female being anally penetrated by an adult male. |
| [Video-3] | This 0:27 video depicts a prepubescent male being anally penetrated by an adult male. |

4.    Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the child pornography files described in above traveled in interstate commerce and were produced using materials that were mailed and shipped

and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.